AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

ILHAME AZZIZ

## SUMMONS IN A CIVIL CASE

V.

Michael Cherto , as Secretary of the Department of Homeland Security; Eduardo Aguirre, Director of U.S. Citizenship & Immigration Services; and Dennis Riordan, Center Director for Boston Disctrict Center.

CASE NUMBER:


05 10751 NMG

TO: (Name and address of Defendant)

Dennis Riordan
Center Director - USCIS Boston District Center
JFK Federal Building, Room E-160
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108
Tel: 617-523-6320
Fax: 617-523-6324

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SA_____  4-14-05

CLERK                     DATE

(By) DEPUTY C

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                       Signature of Server

                                 _____
                                       Address of Server

_____
Deputy Sheriff

C0019920