```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ILHAME AZZIZ,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, as Secretary of<br>the Department of Homeland<br>Security, EDUARDO AGUIRRE, as<br>Director of the U.S. Citizenship<br>& Immigration Services, and<br>DENNIS RIORDAN, Center Director<br>for Boston District Center,<br>      Defendants. | Civil Docket No.<br>05-10751-NMG |

**MOTION OF THE DEFENDANTS TO ENLARGE**
**THE TIME TO ANSWER OR OTHERWISE RESPOND**

The defendants, by their attorney, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, respectfully moves this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter by one month to November 22, 2005.  As reasons therefore, the defendants state that they are in the process of gathering information necessary to file an answer or other response and need additional time to complete these assessments.

Wherefore the defendants respectfully request that this Court grant an enlargement of time to file an answer or otherwise respond in this matter until November 22, 2005.

```
                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: October 21, 2005  By:  /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303
```

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the plaintiff's Motion to Enlarge the Time to Answer or Otherwise Respond was served by first class mail, postage prepaid, upon the attorney for the plaintiff at the following address:

Desmond P. FitzGerald, Esq.
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108

```
Dated: October 21, 2005       /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
```

**Rule 7.1(A)(2) Certification**

_____I certify that I attempted to confer with counsel for the defendant in a good faith effort to resolve or narrow the issues in the attached motion.  I was told by Counsel for the defendant's office that he was out of the country.

```
Dated: October 21, 2005       /s/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
```