THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILHAME AZZIZ,  )<br>          Plaintiff  )<br>  )<br>V.  )<br>  )<br>MICHAEL CHERTOFF, as Secretary of the Department  )<br>Homeland Security; EDUARDO AGUIRRE, as  )<br>Director of the U.S. Citizenship & Immigration  )<br>Services; DENIS C. RIORDAN, District Director  )<br>of the U.S. Citizenship & Immigration Services  )<br>for Boston, Massachusetts  )<br>          Defendants  ) | CIVIL ACTION FILE NO.<br>05-10751-NMG |

## JOINT STATUS REPORT

NOW come the Plaintiff, Ilhame Azziz, and Defendants, Michael Chertoff, et. al., through counsel, in compliance with the Order of this Honorable Court dated November 22, 2006 and submit the following status report.

The Plaintiff and the Defendants have attempted to resolve the case without any further court action. The Plaintiff and the Defendants had filed an assented motion to stay proceedings in order to allow the Defendants to process a new application for naturalization for the Plaintiff. The Defendants have failed to adjudicate the application. Consequently, pursuant to 8 U.S.C. §1447(b), this Honorable Court should re-instate its jurisdiction over the Plaintiff's naturalization application that had been denied by the Defendants. Counsels provide the following report:

1. <u>Motions</u>:
**Plaintiff:**
Plaintiff contemplates filing a motion for summary judgment.
**Defendants:**

2. <u>Discovery Plan</u>:

| | |
|---|---|
| Deadline for Completion of Fact Discovery: | February 1, 2006 |
| Completion of Disclosures of Expert Testimony: | February 1, 2006 |
| Exchange of Prelimjinary Witness Lists: | February 1, 2006 |
| Deadline for Completion of all Expert Depositions: | February 1, 2006 |
| Deadline for Taking any Deposition of any Witnesses: | March 1, 2006 |

3. <u>Pretrial Conference</u>:  To be set by the Court.

4. <u>Trial</u>:  To be set by the Court.  The parties estimate a one day trial.

Respectfully submitted,

The Plaintiff,
By her Attorneys,

/s/ Desmond P. FitzGerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile  (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 68344

/s/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3303