```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ILHAME AZZIZ,            )<br>         Plaintiff,   )<br>                          )<br>v.                        )<br>                          )<br>MICHAEL CHERTOFF, as      )<br>Secretary of the Department )<br>of Homeland Security, et al., )<br>         Defendants.     )<br>                          ) | Civil Docket No. 05-10751-NMG |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

As more fully demonstrated in the accompanying Memorandum in Support, the defendants in the above-captioned matter respectfully request that this Court grant summary judgment in favor of the defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: April 19, 2007    By:  /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303

**Rule 7.1(A)(2) Certification**

_____I hereby certify that I conferred with the attorney for the plaintiff and have attempted in good faith to resolve or narrow the issues in the attached Motion for Summary Judgment.

Dated: April 19, 2007          /S/ Christopher R. Donato
                               Christopher R. Donato
                               Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.

Dated: April 19, 2007          /S/ Christopher R. Donato
                               Christopher R. Donato
                               Assistant U.S. Attorney