UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ILHAME AZZIZ,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, as<br>Secretary of the Department<br>of Homeland Security, et al.,<br>    Defendants. | Civil Docket No. 05-10751-NMG |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF
IN SUPPORT OF PENDING MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(B)(3), the defendants in the above-captioned matter respectfully request leave of Court to file this reply brief, filed herewith, in support of the defendants' pending motion for summary judgment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: June 25, 2007   By:   /S/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

**Rule 7.1(A)(2) Certification**

_____I hereby certify that I conferred with the attorney for the plaintiff and have attempted in good faith to resolve or narrow the issues in the attached Motion for Leave to File a Reply Brief.


Dated: June 25, 2007             /S/ Christopher R. Donato
                                 Christopher R. Donato
                                 Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

     I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.

Dated: June 25, 2007             /S/ Christopher R. Donato
                                 Christopher R. Donato
                                 Assistant U.S. Attorney