UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
ILHAME AZZIZ,                 )
          Plaintiff,          )
                              )
v.                            )    Civil Docket No. 05-10751-NMG
                              )
MICHAEL CHERTOFF, as          )
Secretary of the Department   )
of Homeland Security, et al., )
          Defendants.         )
                              )
```

## NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD WITH THE UNITED STATES DISTRICT COURT CLERK'S OFFICE

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: June 25, 2007      By:   /S/ Christopher R. Donato
                                Christopher R. Donato
                                Assistant U.S. Attorney
                                U.S. Attorney's Office
                                John Joseph Moakley Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3303

### CERTIFICATE OF SERVICE

I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.

Dated: June 25, 2007          /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney