UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ILHAME AZZIZ )<br>        Plaintiff, )<br> ) | |
| ) | CIVIL DOCKET |
| V. ) | |
| ) | No. 05-10751-NMG |
| MICHAEL CHERTOFF, as Secretary of )<br>the Department of Homeland Security, )<br>EDUARDO AGUIRRE, as the Director of )<br>the U.S. Citizenship and Immigrations )<br>Services, and DENNIS RIORDAN, Center )<br>Director for Boston District Center, )<br>        Defendants. ) | |

MOTION TO SCHEDULE HEARING

NOW comes the undersigned counsel, and hereby respectfully requests this Honorable Court to schedule a hearing on the Motion for Summary Judgment filed by the Defendants on April 19, 2007. As grounds for this motion, counsel submits that a brief on the jurisdictional question has been submitted as requested by this Honorable Court on April 14, 2005. The brief clearly demonstrates that this Honorable Court has jurisdiction.

For the foregoing reasons, the Plaintiff requests that this Honorable Court schedule a hearing at its earliest convenience.

Respectfully submitted,

    /s/Desmond P. FitzGerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02111
Telephone (617) 523-6320
Facsimile  (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 68344

## CERTIFICATE OF SERVICE

I, Desmond P. FitzGerald, counsel for the Plaintiff, hereby certifies that the foregoing Motion to Request Hearing was filed through the Electronic Court Filing System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                /s/Desmond P FitzGerald
                Desmond P. FitzGerald