# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Ilhame Azziz,**

**Plaintiff**

**V.**

**Michael Chertoff, et al.,**

**Defendant**

**CIVIL ACTION**

**NO.   05-10751-NMG**

## JUDGMENT

**Gorton,    D. J.**

In accordance with the Court's Memorandum and Order dated   **November 7, 2007**   granting   **Defendant's**   motion for summary judgment in the above-entitled  action, it is hereby ORDERED:

Judgment for the   **Defendant's**

**By the Court,**

**11/7/07**

**Date**

**/s/ Craig J. Nicewicz**

**Deputy Clerk**

(Judgment for SJ.wpd - 12/98)